JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN C., <br><br>             Plaintiff, <br><br>       v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security, <br><br>             Defendant. | No. CV 23-763-DMG-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant to sentence four of 42 U.S.C. § 406(g).

DATED: March 6, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE