UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. CV 23-00763 DMG(BFM)<br><br>ORDER FOR AWARD<br>OF EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. §2412(d)<br>[26] |

Pursuant to the parties' Stipulation and all documents filed in support thereof, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff is awarded attorney's fees in the total amount of **$7,011** as authorized by 28 U.S.C. § 2412.

DATED: June 6, 2024

*/s/ Dolly M. Gee*
DOLLY M. GEE
Chief United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted, therefore, for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).